IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00860-BNB

WESLEY BERNARD WILLIAMS,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff has filed a Letter with the Court (ECF No. 6) requesting permission to file an amended complaint to assert a claim against the United States under the Federal Tort Claims Act. The request is GRANTED. Plaintiff shall file an amended complaint, in compliance with the Court's April 2, 2014 Order Directing Plaintiff to File an Amended Complaint, within **thirty (30) days of this Minute Order**. Failure to comply may result in dismissal of this action without further notice.

Dated:  April 9, 2014